In the Matter of NEW YORK STATE EMPLOYEES' RETIRE-
MENT SYSTEM et al., Respondents, against BOARD OF
SUPERVISORS OF COUNTY OF TIOGA, Appellant.

Argued April 12, 1938; decided May 17, 1938.

*A. W. Feinberg* and *Stephen M. Lounsberry* for appellant.
*John J. Bennett, Jr., Attorney-General (John F. Tucker* and *Hugh Reilly* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.